```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                          :
HULLAMTOU CEESAY and HAJA KAMARA,                         :
                                                          :
                          Plaintiffs,                     :
                                                          :         22 Civ. 390 (JPC)
        -v-                                               :
                                                          :         ORDER
BRONX PARK PHASE III PRESERVATION LLC et                  :
al.,                                                      :
                                                          :
                          Defendants.                     :
                                                          :
                                                          :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiffs' motion to remand.  Dkt. 10.  Defendants shall file a status letter indicating whether they intend to oppose the motion to remand by December 31, 2022. In the event Defendants intend to oppose remand, the Court will then issue a briefing schedule.

    SO ORDERED.

Dated: January 28, 2022
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge