

Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
+1  212  698  3500  Main
+1  212  698  3599  Fax
www.dechert.com

**STEVEN A. ENGEL**

steven.engel@dechert.com
+1 212 698 3512  Direct
+1 917 335 3806 Mobile

January 31, 2022

Hon. John P. Cronan
United States District Court for the Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
(212) 805-0218
CronanNYSDChambers@nysd.uscourts.gov

Re:   *Ceesay v. Bronx Park Phase III Preservation LLC*, 22 Civ. 390 (JPC)

Dear Judge Cronan:

Pursuant to the Order of January 28, 2022, the Cammeby's Defendants advise the Court that they intend to oppose Plaintiffs' motion to remand.[1]  Plaintiffs, however, have agreed to dismiss Defendant Rubin Schron with prejudice and are exploring the terms on which the other Cammeby's Defendants may be dismissed.  The Cammeby's Defendants therefore respectfully request that the Court defer setting a briefing schedule on the motion to remand and instead direct Defendants to provide a status update by February 2, 2022, if a stipulation of dismissal has not been submitted before then.

By way of background, Plaintiffs have brought this negligence action against sixteen defendants, each of whom is alleged to have owned and controlled a Bronx apartment building at 333 East 181st Street, on January 9, 2022, the date of a tragic fire.  Plaintiffs, however, are mistaken when it comes to the Cammeby's Defendants, and there is no basis for alleging that any of them owned or controlled the property on that date.

Defendant Cammeby's International Group is not a legal entity at all, but a trade name for a group of affiliated companies.  As public property records demonstrate, Cammeby's

---

[1] The Cammeby's Defendants are Cammeby's International Group, Cammeby's Capital Group, LLC, Cammeby's Funding, LLC, SF Rector Street, LLC, and Rubin Schron.



Capital Group, LLC and Cammeby's Funding, LLC have never had any connection to the property.[2]  Rubin Schron, who is the founder of Cammeby's original businesses, was never a manager or an owner, directly or indirectly, of 333 East 181st Street.  The only Cammeby's Defendant with any connection to that property is SF Rector Street, LLC, which is owned and controlled by other members of Mr. Schron's family.  That company used to be a *great-grandparent* of the beneficial owner of 333 East 181st Street, but it sold that interest in December 2019.

The Amended Complaint contains no allegations to explain how Plaintiffs would pierce *three* corporate veils, much less do so in support of a negligence claim for premises liability against a company that sold its interest years ago.  Indeed, while at least eight actions have been brought against the owners of 333 East 181st Street, only two have named any of the Cammeby's Defendants, and as the Court is aware, the plaintiffs in the other action have already agreed to dismiss the Cammeby's Defendants with prejudice.  *See Reyes v. Bronx Park Phase III Preservation, LLC*, 1:22-cv-00446-JPC (S.D.N.Y.).

Although the Cammeby's Defendants should not have been named in the first place, they are currently engaged in discussions with Plaintiffs concerning dismissal that could moot the need for additional briefing.  The Cammeby's Defendants therefore respectfully request that the Court defer setting a briefing schedule on the motion to remand and instead direct Defendants to provide a status update by February 2, 2022, if the parties have not agreed upon a stipulation of dismissal before then.

    Sincerely,

    _____
    Steven A. Engel

    *Counsel for the Cammeby's Defendants*

---

[2] Because the property is an affordable housing development, public property records contain substantial information concerning the current and former ownership.