UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HULLAMTOU CEESAY and HAJA KAMARA,<br><br>      Plaintiffs,<br><br>  -against-<br><br>BRONX PARK PHASE III PRESERVATION LLC, BRONX PHASE III HOUSING COMPANY, INC., NYC PARTNERSHIP HOUSING DEVELOPMENT FUND COMPANY, INC., LIHC INVESTMENT GROUP, LIHC ACQUISITION COMPANY LLC, LP SOLUTIONS FUND, LLC, BELVERON PARTNERS, BELVERON NY PRESERVATION, LLC, CAMBER PROPERTY GROUP, LLC, CAMMEBY'S INTERNATIONAL GROUP, CAMMEBY'S CAPITAL GROUP, LLC, CAMMEBY'S FUNDING, LLC, SF RECTOR STREET, LLC, RICK GROPPER, ANDREW MOELIS and RUBIN SCHRON,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 1:22-cv-00390<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF VOLUNTARY DISMISSAL**

WHEREAS Rubin Schron has provided the attached declaration to the Plaintiffs, which avers that Defendants Cammeby's International Group, Cammeby's Capital Group, LLC, Cammeby's Funding, LLC, SF Rector Street, LLC, and Rubin Schron ("the Cammeby's Defendants") were not the owners of 333 East 181st Street, Bronx, New York, at the time of the events described in the Complaint,

IT IS HEREBY STIPULATED AND AGREED by and between the below parties who have appeared in this action that all claims against Defendants Cammeby's International Group, Cammeby's Capital Group, LLC, Cammeby's Funding, LLC, SF Rector Street, LLC, and Rubin

Schron are dismissed, in accordance with the provisions below, pursuant to Federal Rule of Civil Procedure 41(a), with each party to this stipulation to bear its own costs.

All claims against Defendant Rubin Schron are dismissed with prejudice.

All claims against Cammeby's International Group, Cammeby's Capital Group, LLC, Cammeby's Funding, LLC, and SF Rector Street, LLC, are dismissed without prejudice, subject to the following conditions:

(a) Plaintiffs and their undersigned counsel agree that they will not file or institute any claim or action in any court against any of Cammeby's International Group, Cammeby's Capital Group, LLC, or Cammeby's Funding, LLC, unless Plaintiffs demonstrate to this Court, by a preponderance of the evidence, that the Cammeby's defendant in question is a corporate person that had direct or indirect ownership or control over the real property located at 333 East 181st Street, Bronx, NY; and

(b) Plaintiffs and their undersigned counsel agree that they will not file or institute any claim or action in any court against SF Rector Street LLC, unless Plaintiffs demonstrate to this Court, by a preponderance of the evidence, that evidence discovered after the date of this stipulation would provide a plausible basis to state a claim against SF Rector Street LLC for damages in connection with the January 9, 2022, fire at 333 East 181st Street, Bronx, NY.

The Court shall retain jurisdiction to enforce the terms of this stipulation.

IT IS SO STIPULATED.

Dated: February 2, 2022

*[signature]*

Daniel J. Solinsky
Edelman, Krasin & Jaye, PLLC
7001 Brush Hollow Road, Suite 100
Westbury, NY 11590
Phone: (516) 742-9200
dsolinsky@ekjlaw.com

*Counsel for Plaintiffs Hullamtou Ceesay and Haja Kamara*

*[signature]*

SO ORDERED.

Judge John P. Cronan
United States District Judge

*[signature]*

Andrew J. Levander
Steven A. Engel
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Phone: (212) 698-3500
andrew.levander@dechert.com
steven.engel@dechert.com

*Counsel for Defendants Cammeby's International Group, Cammeby's Capital Group, LLC, Cammeby's Funding, LLC, SF Rector Street, LLC, and Rubin Schron*

February 4, 2022

Date

3